## McLane's Appeal et al.

Argued September 28, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Carl B. Shelley,* with him *James W. Reynolds,* for appellants.

*John W. Murphy,* of *Gunster, Mackie & Murphy,* and *Raymond T. Law,* with them *Lawrence F. Casey, Edgar J. Lynett* and *John J. Sirotnak,* for appellees.

*H. J. Woodward,* Deputy Attorney General, for Secretary of Commonwealth.

PER CURIAM, October 5, 1942:

We were informed at the oral argument that, to allow sufficient time to prepare the ballots, this case should be decided by October 5. A majority of the members of the Court agree that the order appealed from should be and it is affirmed. Costs to be paid by appellants.